# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN THE MATTER OF
JAMES ROBINSON,

Petitioner.

Case No. 2:11-CV-01209-PMP-(LRL)

**ORDER**

Before the court is the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is challenging the validity of his sentence in a federal criminal case, United States v. Robinson, 2:95-CR-00058-RCJ. The appropriate remedy for his claims is through a motion pursuant to 28 U.S.C. § 2255, filed in United States v. Robinson.

IT IS THEREFORE ORDERED that the clerk of the court file the petition for a writ of habeas corpus.

IT IS FURTHER ORDERED that petitioner shall file a motion pursuant to 28 U.S.C. § 2255, raising the same grounds that he raises in the petition (#1), in United States v. Robinson, 2:95-CR-00058-RCJ, within thirty (30) days from the date that this order is entered. The clerk of the court shall send petitioner a blank § 2255 form. The clerk shall also keep this civil action open until disposition of the § 2255 motion for statistical purposes.

DATED:  September 27, 2011.

PHILIP M. PRO
United States District Judge