# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN THE MATTER OF
JAMES ROBINSON,

Petitioner.

Case No. 2:11-CV-01209-PMP-(CWH)

**ORDER**

Mail was returned to the court with the notation that petitioner is no longer in custody at FCI Victorville. Petitioner has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

DATED:  March 1, 2012.

_____
PHILIP M. PRO
United States District Judge