# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF<br>JAMES ROBINSON,<br><br>Petitioner. | Case No. 2:11-CV-01209-PMP-(CWH)<br><br>**ORDER** |

    Mail was returned to the court with the notation that petitioner is no longer in custody at FCI Victorville. Petitioner has failed to comply with local rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

    DATED:  March 1, 2012.

_____
PHILIP M. PRO
United States District Judge